Andrew M. Steinheimer - 200524
Jeffrey E. Levine - 255862
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ecplslaw.com

Attorneys for Defendant PERSOLVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. BRYANT,<br><br>         Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.:  C 09-00569 JF HRL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S NOTICE TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE<br><br>DATE:     July 17, 2009<br>TIME:     10:30 a.m.<br>JUDGE:   Honorable Jeremy Fogel |

   Good cause existing, the Court hereby grants defendant's request for permission to appear at the scheduling conference by telephone scheduled for July 17, 2009.

   IT IS SO ORDERED.

Dated: 7/16/09

_____
United States District Court Judge
Honorable Jeremy Fogel

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S NOTICE TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE