Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
asteinheimer@ecplslaw.com

Attorneys for
DEFENDANT PERSOLVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. BRYANT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: C 09-00569 JF HRL<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S REPRESENTATIVE TELEPHONIC APPEARANCE AT MEDIATION**<br><br>DATE:　　October 9, 2009<br>TIME:　　10:00 a.m. |

Good cause existing, the Court hereby grants defendant's request to allow its insurance representative to appear at the mediation by telephone and hereby excuses defendant's insurance representative from personal appearance at the mediation session scheduled for October 9, 2009. Defendant's insurance representative is required to be immediately available by telephone for the duration of the mediation.

IT IS SO ORDERED.

Date: 9-25-, 2009

_____
Magistrate Judge Wayne D. Brazil
United States District Court

- 1 -

PROPOSED ORDER GRANTING DEFENDANT'S REPRESENTATIVE TELEPHONIC APPEARANCE AT MEDIATION